■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELROY VALENTINE, Appellant. [803 NYS2d 432]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered April 12, 2004, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied

the effective assistance of counsel. Viewing the record as a whole, the defendant received meaningful representation (*see People v Baldi,* 54 NY2d 137 [1981]). Unsuccessful trial strategies and tactics do not constitute ineffective assistance of counsel (*see People v Adams,* 12 AD3d 523 [2004]; *People v Mejias,* 278 AD2d 249 [2000]). Cozier, J.P., Ritter, Spolzino and Lunn, JJ., concur.